# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, New York 10532
DIRECT (914) 586-7006 | MAIN (914) 347-2600 | FAX (914) 347-8898

Jonathan R. Harwood | Partner | jharwood@tlsslaw.com

July 17, 2024

**VIA ECF**
 Judge Jessica G. L. Clarke,
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007



> **Re:**    *Peleus Insurance Company v. Harbor Restoration Services LLC*
> Docket No. 1:24-CV-02935 (JGLC)

Dear Judge Clarke:

We represent plaintiff Peleus Insurance Company in the captioned matter. The initial conference in this case is scheduled for noon on July 31, 2024. Due to personal and professional conflicts, we will not be able to meet with defendant's counsel to discuss a proposed discovery plan and submit it to the Court in accordance with the applicable schedule. We thus request an adjournment of the conference to some time during the week of August 5, 2024, with the exception of August 5 and 8, 2024. This is the first request for an adjournment of the initial conference. Defedant's counsel as consented to this request.

Thank you for your consideration of this request.

Sincerely,

*Jonathan Harwood*

Jonathan R. Harwood

cc:    All Counsel of Record (via ECF)

The initial pretrial conference scheduled for July 31, 2024 is ADJOURNED to **August 6, 2024 at 11:00 a.m.** via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 580251469#. The deadline for the parties' joint letter and proposed case management plan is EXTENDED to **July 30, 2024**.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: July 18, 2024
     New York, New York

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT

**www.traublieberman.com**